10/21/2013 11:20 FAX   410 962 7954         U.S. PROB & PRETRIAL                    ☒001/003

962-3844
Duty Chris Ramona



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES OF AMERICA

vs.

**GAUTMA BEY**

CRIMINAL NO. 2013 CF2 015333

ISSUED BY: **STUART G NASH**

## BENCH WARRANT

May be served at any place within the jurisdiction of the United States
*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the <u>above-named</u> person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
(  ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

> BASIS FOR WARRANT AND DESCRIPTION OF CHARGES: Defendant failed to appear for Felony Arraignment
> **Prison Breach**

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*
Extraterritorial Service of this Warrant is limited to:

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 10/2/2013.

BAIL FIXED BY THE COURT                    Superior Court of the District of Columbia
AT: **NO BOND**                            BY: _____
                                                              Judge

| Date Received: | Return: This warrant was received and executed with the arrest of the within-named person | A TRUE COPY |
|---|---|---|
| Date Executed: | Signature of Arresting Officer | Clerk Superior Court of the District of Columbia By: Deputy Clerk |

L-4
U13025557

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

2012 AUG 23 P 5: 12          COMPLAINT          No. 2012 CRW 2536

District of Columbia ss:

FILED The undersigned having made oath before me declared that on __22nd__ day of ____August____ A.D. 2012, at the District aforesaid, one

**GAUTMA BEY**     1652 Trinidad Avenue NE Washington, DC

DID THEN AND THERE ESCAPE FROM A PENAL INSTITUTION, A FACILITY OF THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS IN WHICH HE WAS CONVICTED TO SERVE A SENTENCE PURSUANT TO AN ORDER ISSUED BY A COURT JUDGE OR COMMISSIONER OF THE DISTRICT OF COLUMBIA

In violation of Title ___22___ Section ___2601___ of the District of Columbia Code.

Affiant's Name: _Charles White_

Subscribed and sworn to before me this __23rd__ day of __August__ A.D. 2012

(Judge)
Superior Court of the District of Columbia

## WARRANT

To the United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for

**GAUTMA BEY**

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued __08/23/2012__
Identification:
DCDC: 319291
PDID: 435154
DOB: 04/27/1977

Judge
Superior Court of the District of Columbia

Charge: ___ESCAPE___

Date of Offense: __08/22/2012__
Officer: __Charles White__
Badge No: __#2__

OFFICER MUST EXECUTE RETURN:
Officer's Name _____
Time __4:55 PM__
Date _____

1100502874

## Superior Court of the District of Columbia
### CRIMINAL DIVISION
### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

USW NO.: 80/a ceed a536

| DEFENDANT'S NAME | NICKNAME: | ALIASES: | CCN: | PDID: |
|---|---|---|---|---|
| GAUTMA BEY | UNKNOWN | | | 435154 |

| SEX | RACE | DOB | HGT | WGT | EYES | HAIR | COMPL | SCARS, MARKS, TATOOS |
|---|---|---|---|---|---|---|---|---|
| M | BLK | 04/27/77 | 5'7 | 160 | BRN | BLK | DARK | UNKNOWN |

**DEFENDANT'S HOME ADDRESS:** 1652 TRINIDAD AVENUE, NE WASHINGTON, DC
**TELEPHONE NUMBER:** UNKNOWN

**DEFENDANT'S BUSINESS ADDRESS:** UNKNOWN
**TELEPHONE NUMBER:** UNKNOWN

**COMPLAINANT'S NAME:** Charles White – CRIMINAL INVESTIGATOR
**TELEPHONE NUMBER:** (202) 727-2700

**LOCATION OF OFFENSE:** 2920 Langston Place SE. Washington DC. 20001
**DATE OF OFFENSE:** AUGUST 22, 2012
**TIME OF OFFENSE:** 1655 HOURS

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

- __ 00 = Armed and Dangerous
- __ 05 = Violent Tendencies
- __ 10 = Martial Arts Expert
- __ 15 = Explosive Expertise
- __ 20 = Known to abuse drugs
- XX 25 = Escape Risk
- __ 30 = Sexually Violent Predator
- __ 50 = Heart Condition
- __ 55 = Alcoholic
- __ 60 = Allergies
- __ 65 = Epilepsy
- __ 70 = Suicidal
- __ 80 = Medication Required
- __ 85 = Hemophiliac
- __ 90 = Diabetic
- __ 01 = STAY AWAY ORDER

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

On June 13, 2012, Gautma Bey was released by a Judicial Official of The DC Superior Court of the District of Columbia, in criminal case number 2008 CMD 010839 Count-1 Attempted Poss. of a Controlled Substance-Misd.(Cocaine). Sentence to 120 days incarceration, and Count-2 Attempted Poss. of a Controlled Substance-Misd. (Marijuana). Sentence to 100 days incarceration. The sentence of incarceration in Count-1 is to be served consecutively with the sentence of incarceration in Count-2 for a total of 220 days of incarceration. This release was pursuant to 23 D.C. CODES 1321 (C) (X1) on the condition that he returns to custody for specific hours following release for employment, schooling other limited purposes only.

On August 8, 2012, Gautma Bey was transferred from the D C Jail located at, 1901 D Street SE, Washington, DC, to the HOPE VILLAGE 2920 Langston Place SE Washington, D.C. A halfway house located in the District of Columbia, to serve a sentence.

On August 22, 2012, at approximately 4:55 pm Hope Village Staff conducted an official count, and noticed that Gautma Bey was missing. Hope Village Staff conducted a thorough search of the facility and grounds with negative results. After all efforts to locate the whereabouts of Gautma Bey were met, and there was no further contact by him (Bey) of his current situation or location, Gautma Bey was placed on escape status.

303 CCu A536

On August 10, 2012, Gautma Bey was issued an Electronic Monitoring Device, which was attached to his ankle, and he was orientated to the rules, regulations, and requirements of the Community Corrections Electronic Monitoring Program.

According to Community Corrections Staff the Electronic Monitoring Device (#12-211966) was disabled at 8:11pm, on August 22, 2012, with the last known location being 3917 Clay Place NE, Washington DC.

Bey acknowledged with his signature where he fully understood his responsibility and any damage to the device could lead to criminal prosecution and the cost of the equipment is $500.00.

To the date of this affidavit signed by Charles White the whereabouts of Gautma Bey is still unknown and the facts of this affidavit was verified thru the D.C. Jail Record Office, myself and via telephone and computer communications.

IDENTIFICATIONS : DCDC 319291 / PDID 435154

AFFIANT'S SIGNATURE:
x _Charles White_

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR:
_ Gautma Bey _
Charge With: ESCAPE
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS
23rd DAY OF August 2012
(JUDGE) DEPUTY CLERK SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD (17)-1050
Revision Date: 11-29-06